MICHAEL J. SHEPARD (State Bar No. 91281)
MAREN J. CLOUSE (State Bar No. 228726)
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Defendants
INTERNATIONAL BUSINESS MACHINES
CORPORATION and MRO SOFTWARE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION,<br>a Delaware corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a Delaware corporation, MRO SOFTWARE, INC., a Massachusetts corporation,<br><br>　　　　　　　　　　　Defendants. | Case No.: CV 09 5892 JCS<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT**<br><br><br><br>The Honorable Joseph C. Spero<br>Courtroom A, 15th Floor |

1  WHEREAS, Plaintiff Actuate Corporation ("Actuate") filed on December 16, 2009 its Complaint for Breach of Contract, Copyright Infringement, Circumvention of Copyright Protection Systems, and Fraudulent Concealment (the "Complaint");

WHEREAS, Defendants International Business Machines Corporation and MRO Software, Inc. (collectively "Defendants") were served on December 17, 2009 with a summons and copy of the Complaint;

WHEREAS, Defendants have requested and Actuate has agreed to provide Defendants additional time in which to respond to the Complaint; and

WHEREAS, Defendants intend to file a motion to dismiss one or more claims alleged in the Complaint;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that Defendants will file a motion to dismiss on or before January 25, 2010 and will notice that motion for hearing on March 5, 2010; that Actuate will file an opposition to Defendants' motion to dismiss on or before February 12, 2010; and that IBM will file a reply on or before February 19, 2010.

IT IS FURTHER STIPULATED AND AGREED that Defendants need not otherwise respond to the Complaint until two weeks following the receipt of a ruling on Defendants' motion to dismiss.

IT IS SO STIPULATED AND AGREED.

DATED: January 4, 2010                    HOGAN & HARTSON LLP

                                                          By _____*/s/ Michael J. Shepard*__
                                                           Michael J. Shepard

                                          Attorneys for Defendants
                                          INTERNATIONAL BUSINESS MACHINES
                                          CORPORATION and MRO SOFTWARE, INC.

DATED: January 4, 2010                    FENWICK & WEST LLP

                                                           By _____/s/ Rodger R. Cole__
                                                           Rodger R. Cole

                                          Attorneys for Plaintiff
                                          ACTUATE CORPORATION

                                                    \* \* \*

I, Michael J. Shepard, am the ECF User whose ID and password are being used to file this Stipulation Regarding Response to Complaint. In compliance with General Order 45, X.B., I hereby attest that Rodger R. Cole has concurred in this filing.

                                                      /s/ Michael J. Shepard
                                                       Michael J. Shepard

                                                      \* \* \*

Dated: January 5, 2010

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*