MICHAEL J. SHEPARD (State Bar No. 91281)
MAREN J. CLOUSE (State Bar No. 228726)
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Defendants
INTERNATIONAL BUSINESS MACHINES
CORPORATION and MRO SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION,<br>a Delaware corporation,<br><br>                          Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a Delaware corporation, MRO SOFTWARE, INC., a Massachusetts corporation,<br><br>                          Defendants. | Case No.: CV 09 5892 JCS<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT**<br><br><br>The Honorable Joseph C. Spero<br>Courtroom A, 15th Floor |

STIPULATION REGARDING RESPONSE TO COMPLAINT
CASE NO. CV 09 5892 JCS

1  WHEREAS, Plaintiff Actuate Corporation ("Actuate") filed on December 16, 2009
2  its Complaint for Breach of Contract, Copyright Infringement, Circumvention of Copyright
3  Protection Systems, and Fraudulent Concealment (the "Complaint");
4  WHEREAS, Defendants International Business Machines Corporation and MRO
5  Software, Inc. (collectively "Defendants") were served on December 17, 2009 with a
6  summons and copy of the Complaint;
7  WHEREAS, Defendants have requested and Actuate has agreed to provide
8  Defendants additional time in which to respond to the Complaint; and
9  WHEREAS, Defendants intend to file a motion to dismiss one or more claims
10 alleged in the Complaint;
11 ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that Defendants
12 will file a motion to dismiss on or before January 25, 2010 and will notice that motion for
13 hearing on March 5, 2010; that Actuate will file an opposition to Defendants' motion to
14 dismiss on or before February 12, 2010; and that IBM will file a reply on or before February
15 19, 2010.
16 IT IS FURTHER STIPULATED AND AGREED that Defendants need not
17 otherwise respond to the Complaint until two weeks following the receipt of a ruling on
18 Defendants' motion to dismiss.

IT IS SO STIPULATED AND AGREED.

DATED: January 4, 2010          HOGAN & HARTSON LLP

                                By _____/s/ Michael J. Shepard__
                                        Michael J. Shepard

                                Attorneys for Defendants
                                INTERNATIONAL BUSINESS MACHINES
                                CORPORATION and MRO SOFTWARE, INC.

DATED: January 4, 2010          FENWICK & WEST LLP

                                By _____/s/ Rodger R. Cole__
                                        Rodger R. Cole

                                Attorneys for Plaintiff
                                ACTUATE CORPORATION

* * *

I, Michael J. Shepard, am the ECF User whose ID and password are being used to file this Stipulation Regarding Response to Complaint. In compliance with General Order 45, X.B., I hereby attest that Rodger R. Cole has concurred in this filing.

                                 /s/ Michael J. Shepard
                                    Michael J. Shepard

* * *

Dated: January 5, 2010

IT IS SO ORDERED
[signature]
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION REGARDING RESPONSE TO COMPLAINT
CASE NO. CV 09 5892 JCS