| | |
|---|---|
| RODGER R. COLE (CSB No. 178865)<br>rcole@fenwick.com<br>JOSEPH S. BELICHICK (CSB No. 229371)<br>jbelichick@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>DAVID L. HAYES (CSB No. 122894)<br>dhayes@fenwick.com<br>ILANA S. RUBEL (CSB No. 221517)<br>irubel@fenwick.com<br>JENNIFER J. JOHNSON (CSB No. 252897)<br>jjjohnson@fenwick.com<br><br>FENWICK & WEST LLP<br>555 California Street - 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>Attorneys for Plaintiff<br>ACTUATE CORPORATION | MICHAEL J. SHEPARD (CSB No. 91281)<br>mjshepard@hhlaw.com<br>MICHAEL L. CHARLSON (CSB No. 122125)<br>mlcharlson@hhlaw.com<br>MAREN J. CLOUSE (CSB No. 228726)<br>mjclouse@hhlaw.com<br>KRISTI ELDER (CSB No. 231996)<br>kelder@hhlaw.com<br>HOGAN & HARTSON LLP<br>4 Embarcadero Center, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 374-2300<br>Facsimile: (415) 374-2499<br><br>Attorneys for Defendants<br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION and MRO SOFTWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION,<br>a Delaware corporation<br><br>            Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION, a Delaware corporation,<br>MRO SOFTWARE, INC., a Massachusetts<br>corporation,<br><br>            Defendants. | Case No. CV 09 5892 JCS<br><br>**PARTIES' STIPULATION AND<br>[PROPOSED] ORDER SELECTING<br>ADR PROCESS** |

PARTIES' STIP SELECTING ADR PROCESS                                                        CASE NO. CV 09 5892 JCS

Counsel have conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to participate in mediation, and are discussing Court-appointed and private processes as well as scheduling issues. As the case progresses, the parties may also consider alternatives to mediation. The parties will address the timing of such mediation at the Case Management Conference currently scheduled in this matter for April 2, 2010.

Dated: March 12, 2010                                FENWICK & WEST LLP


                                                     By: /S/ Ilana S. Rubel
                                                         Ilana S. Rubel

                                                     Attorneys for Plaintiff
                                                     ACTUATE CORPORATION


Dated: March 12, 2010                                HOGAN & HARTSON LLP


                                                     By: /S/ Michael J. Shepard
                                                         Michael J. Shepard

                                                     Attorneys for Defendants
                                                     IBM CORPORATION and MRO SOFTWARE, INC.


**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ilana Rubel, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of March, 2010 at San Francisco, California.

PARTIES' STIP SELECTING ADR PROCESS               1               CASE NO. CV 09 5892 JCS

Dated: March 12, 2010

FENWICK & WEST LLP

By   /S/ Ilana S. Rubel

Ilana S. Rubel

1 **[PROPOSED ORDER]**

2   Pursuant to the above Stipulation, IT IS SO ORDERED.

4   Dated: 03/15/2010  _____
                       Honorable 

Fenwick & West LLP
Attorneys At Law
San Francisco