

Hogan Lovells US LLP
525 University Avenue
4th Floor
Palo Alto, CA 94301
T +1 650 463 4000
F +1 650 463 4199
www.hoganlovells.com

June 9, 2010

**E-Filed**

Karen Hom, Clerk to the Honorable Judge Spero
United States District Court
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re: *Actuate Corp. v. International Business Machines Corp. & MRO Software Inc.,*
Case No. CV-09-5892 JCS, N.D. Cal.

Dear Ms. Hom:

Please take notice that Michael L. Charlson and Michael J. Shepard, attorneys for Defendants International Business Machines Corp. & MRO Software, Inc., intend to appear telephonically at the Case Management Conference scheduled for June 18, 2010 at 1:30 p.m., in the above-entitled action.

The land line phone number to contact them is +1 (800) 470-7005 / Passcode: 8154003.

Yours truly,

/s/

Kris Elder

Associate
kris.elder@hoganlovells.com
D 650-463-4005

Dated: June 14, 2010



IT IS SO ORDERED
Judge Joseph C. Spero

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb