| | |
|---|---|
| Rodger R. Cole (CSB No. 178865)<br>　rcole@fenwick.com<br>Joseph S. Belichick (CSB No. 229371)<br>　jbelichick@fenwick.com<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, California 94041<br>Telephone:  (650) 988-8500<br>Facsimile:  (650) 938-5200 | Michael J. Shepard (CSB No. 91281)<br>　michael.shepard@hoganlovells.com<br>Michael L. Charlson (CSB No. 122125)<br>　michael.charlson@hoganlovells.com<br>Hogan Lovells US LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, California 94111<br>Telephone:  (415) 374-2300<br>Facsimile:  (415) 374-2499 |

September 17, 2010

*Via Electronic Filing*

Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the
　Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

　　　　　Re:　Actuate Corporation v. International Business Machines Corporation, *et al.*,
　　　　　　　Case No. CV 09-5892 JCS
　　　　　　　Further Case Management Conference Scheduled for September 24, 2010

Dear Judge Spero:

　　　As the Court may recall, the parties to the above-entitled action were scheduled to, and did, participate in a mediation with the Honorable Edward A. Infante (Ret.) yesterday, September 16, 2010.  We are pleased to report that the mediation was successful, with the parties agreeing to resolve the dispute in full.  The parties contemplate submitting a stipulation of dismissal of the entire action within the next few weeks, following further documentation of the settlement and transmittal of the settlement payment.  In light of this development, the parties respectfully suggest that the further Case Management Conference scheduled for next Friday, September 24, 2010, is unnecessary and request that the Court take the CMC off calendar.

Very truly yours,

*/s/ Rodger R. Cole*　　　　　　　　　　　　　　　　　*/s/ Michael L. Charlson*
*per written authorization*

Rodger R. Cole　　　　　　　　　　　　　　　　　Michael L. Charlson
Attorneys for Plaintiff　　　　　　　　　　　　　　Attorneys for Defendants
ACTUATE CORPORATION　　　　　　　　　INTERNATIONAL BUSINESS MACHINES
　　　　　　　　　　　　　　　　　　　　　　　　CORPORATION and MRO SOFTWARE, INC.

IT IS HEREBY ORDERED that the further case management conference set for Sept. 24, 2010, at 1:30 p.m, has been continued to October 22, 2010, at 1:30 p.m.  An updated joint case management conference statement shall be due by October 15, 2010.

Dated: 9/21/10

*[Signed: Judge Joseph C. Spero]*
*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED]*