```
RODGER R. COLE (Bar No. 178865)
rcole@fewick.com
JOSEPH S. BELICHICK (Bar No. 229371)
jbelichick@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

DAVID L. HAYES (Bar No. 122894)
dhayes@fenwick.com
ILANA S. RUBEL (Bar No. 221517)
irubel@fenwick.com
FENWICK & WEST LLP
555 California Street – 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
ACTUATE CORPORATION

*Additional counsel listed on signature page
```

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a Delaware corporation, MRO SOFTWARE, INC., a Massachusetts corporation,<br><br>Defendants. | Case No. CV-09-5892-JCS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to a Settlement Agreement dated September 28, 2010 by and among the parties to this action – that is, Plaintiff ACTUATE CORPORATION, on the one hand, and Defendants INTERNATIONAL BUSINESS MACHINES CORPORATION, and MRO SOFTWARE, INC, on the other hand – and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties HEREBY STIPULATE:

This entire action should be and hereby is dismissed with prejudice as against each and every defendant, with each party bearing its own fees and costs.

Respectfully submitted,

Dated: September 30, 2010

FENWICK & WEST LLP

By: _____
Rodger R. Cole (Bar No. 178865)
Attorneys for Plaintiff
ACTUATE CORPORATION

Dated: September 30, 2010

HOGAN LOVELLS US LLP
525 University Ave.
Palo Alto, California 94301
Tel. 650.463.4000
Fax: 650.463.4199
E-mail: michael.charlson@hoganlovells.com

By: _____
Michael L. Charlson (SBN 122125)
Attorneys for Defendants
INTERNATIONAL BUSINESS MACHINES CORPORATION and MRO SOFTWARE, INC.

Dated: 9/30/10



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL OF THE COMPLAINT WITH PREJUDICE
CASE NO. CV-09-5892-JCS